**United States District Court**
**Central District of California**
JS-3

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.** EDCR25-00327-JGB-1 |
| **Defendant** Jose Virgen Carlos Valenzuela t/n: Jose Virgen Castro Valenzuela | **Social Security No.** N O N E (Last 4 digits) |
| akas: none | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| Nov. | 3 | 2025 |

**COUNSEL**: Mitchell M. Sulliman, DFPD
(Name of Counsel)

**PLEA**: [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**: There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of:

<u>Count 1:</u>  8 U.S.C. § 1326(a): Illegal Alien Found in the United States Following Deportation

**JUDGMENT AND PROB/ COMM ORDER**: The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose Virgen Castro Valenzuela, is hereby committed on Count One of the Information to the custody of the Bureau of Prisons for a term of time served with no supervision to follow.**

No supervision is imposed.
Defendant was informed of his right to appeal.
Remaining Counts are dismissed in the interest of justice.
Defendant is ordered released forthwith. Release order issued.

November 20, 2025
Date

Jesus G. Bernal, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

November 20, 2025
Filed Date

By Maynor Galvez, Deputy Clerk